## Second Department, September, 1938.
### (September 12, 1938.)

In the Matter of the Application of ANN ALEXANDER and JAMES V. LIONE, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and GERTRUDE KLUBER, Respondents.— The court is of the unanimous opinion that the petition is in accordance with the statute. The petition indicated plainly that one candidate was a male and the other a female. (Election Law, § 11.) Order reversed on the law, without costs, and motion granted, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOHN J. BLAKE, JR., for an Order Certifying as Valid Certain Petitions and Certificates of Designation Which Designate the Said JOHN J. BLAKE, JR., as a Candidate for the Public Office of Member of Congress, Eleventh Congressional District, Filed with the Board of Elections of the City of New York, and for an Order Directing that the Board of Elections of the City of New York Certify the Name of Said Designee for Member of Congress on the Primary Ballot of the Democratic Party for the County of Richmond to Be Voted upon the 20th Day of September, 1938, and for Other Just and Proper Relief. JOHN J. QUINN, Appellant, Respondent; JOHN J. BLAKE, JR., Respondent, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— In view of the absence of a complete record of the facts in this case, substantial justice requires an affirmance. Order affirmed, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of AARON B. CALVIN for an Order Directing the Board of Elections of Suffolk County to Accept the Petition Filed by MARGARET PRENTICE and Others Designating Members of the State Committee, Delegates and Alternate Delegates to the State Convention for the 2nd Assembly District and Delegates and Alternate Delegates to the 2nd Judicial District Convention. WILLIAM L. AVETTA, Appellant; AARON B. CALVIN and Others, Respondents.— Order affirmed, without costs. No opinion. Carswell, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., dissents and votes to reverse upon the following ground: Section 11 of the Election Law provides that when any party rule " provides for the equal representation of sexes from each unit, the designating petitions and primary ballots shall carry such party positions separately by sexes." The Democratic party has adopted a rule for equal representation of sexes in each unit. The rule was not complied with in this case. A violation makes the petition invalid.

In the Matter of the Objection of JOHN J. DALLINGER, Objector-Appellant, to the Designating Petition Filed with the Board of Elections of the City of New York Purporting to Designate MARY BOSSI and Others as Candidates for the County Committee in the 141st Election District of the 4th A. D. Queens County, City and State of New York, for the Election to Be Held on September 20, 1938. S. HOWARD COHEN and Others, Commissioners of Elections, etc., and Others, Respondents. In the Matter of the Objection of JOHN J. DALLINGER, Objector-

Appellant, to the Designating Petition Filed with the Board of Elections of the City of New York Purporting to Designate FRED B. WIELAND and Others as Candidates for the County Committee in the 139th Election District of the 4th A. D. Queens County, City and State of New York, for the Election to Be Held on September 20, 1938. S. HOWARD COHEN and Others, Commissioners of Elections, etc., and Others, Respondents. In the Matter of the Objection of JOHN J. DALLINGER, Objectant-Appellant, to the Nominating Petition of EDWARD C. LEWIS and Others as Candidates of the Democratic Party for the Office of County Committee of the 135th Election District of the 4th A. D. County of Queens, City and State of New York. S. HOWARD COHEN and Others, Commissioners of Elections, etc., and Others, Respondents.—Orders affirmed, without costs. No opinion. Lazansky, P. J.,Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of PHILIP DIMENTSTEIN for an Order to Invalidate and Declare Null and Void the American Labor Party Designating Petition Filed by or on Behalf of MAX H. FRANKLE with the Board of Elections of the City of New York on the 16th Day of August, 1938, as a Candidate for the Public Office of State Senator, 4th Senatorial District, Kings County, State of New York, and for a Further Order Enjoining and Restraining the Board of Elections of the City of New York from Printing and Placing upon the Official Ballot to Be Voted for at the Primary Election to Be Held on September 20th, 1938, the Name of MAX H. FRANKLE, or His Substitute, if Any, as a Designee for Said Office. PHILIP DIMENTSTEIN, Appellant; MAX H. FRANKLE, Respondent.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH P. DOUGHERTY, Petitioner-Respondent, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York and Others, Respondents, for an Order to Invalidate and Declare Null and Void the Designating Petitions Filed with the Board of Elections of the City of New York, in Election Districts 1–24 Inclusive of the 4th Assembly District of the Borough and County of Queens as Candidates for Members of the County Committee for the Democratic Party, County of Queens, and to Restrain the Board of Elections from Certifying Them and Printing Their Names on the Primary Ballot for September 20, 1938. GEORGE EDER, Appellant. — Order reversed on the law, without costs, and motion denied, without costs. There was no competent evidence to sustain the finding of the Special Term as to the invalidity of the petition. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of LENNIE L. GEORGE, Appellant, in re: Primaries to Be Held September 20th, 1938, to Direct the Board of Elections to Strike Out the Designating Petitions of FRED G. MORITT, Respondent, on the Ballot as a Candidate for the Office of Member of the Assembly for the 17th District, Kings County, of the American Labor Party, on the Ground that Such Designating Petitions Are Invalid, Null and Void.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JAMES V. LAPARDO and IRENE SIMON, Candidates for Member of State Committee, Male and Female Respectively, of the Republican Party, in the Forthcoming Primaries to Be Held on September